548 ·      OCTOBER TERM, 1906.

Cases Disposed of Without Consideration by the Court.   205 U. S.

## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 27 TO APRIL 29, 1907.

No. 628. ED. SMITH, PLAINTIFF IN ERROR, v. THE STATE OF TENNESSEE. In error to the Supreme Court of the State of Tennessee. February 27, 1907. Docketed and dismissed with costs, on motion of Mr. Charles T. Cates, Jr., for the defendant in error. No one opposing.

---

No. 254. NORTH SHORE BOOM AND DRIVING COMPANY, PLAINTIFF IN ERROR, v. NICOMEN BOOM COMPANY. In error to the Supreme Court of the State of Washington. March 11, 1907. Dismissed with costs, on motion of Mr. S. H. Piles for the plaintiff in error. Mr. S. H. Piles for plaintiff in error. Mr. W. W. Cotton for defendant in error.

---

No. 248. ANDREW PATTERSON, PLAINTIFF IN ERROR, v. ISHAM TAYLOR, JAILER, ETC. In error to the Supreme Court of the State of Florida. March 13, 1907. Dismissed with costs, pursuant to the tenth rule. Mr. J. Douglas Wetmore and Mr. Isaac L. Purcell for plaintiff in error. No appearance for defendant in error.

---

No. 354. MARGARET SAYLOR, APPELLANT, v. JOHN C. FRANTZ. Appeal from the Supreme Court of the Territory of Oklahoma. March 18, 1907. Dismissed with costs, on authority of counsel for appellant. Mr. S. H. Harris for appellant. Mr. Frank Dale and Mr. A. G. C. Bierer for appellee.

---

No. 268. ROBERT MANFORD, PLAINTIFF IN ERROR, v. THE STATE OF MINNESOTA. In error to the Supreme Court of the

State of Minnesota. March 22, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. Louis Marshall* and *Mr. Moritz Rosenthal* for plaintiff in error. No appearance for defendant in error.

No. 661. ABRAHAM RUEF, PLAINTIFF IN ERROR, *v.* THOMAS F. O'NEIL, SHERIFF, ETC. In error to the Superior Court of the City and County of San Francisco, State of California. March 25, 1907. Dismissed with costs, on motion of *Mr. A. B. Browne* for the plaintiff in error. *Mr. A. B. Browne* for plaintiff in error. *Mr. Frederic D. McKenney* and *Mr. Francis J. Heney* for defendant in error.

No. 166. CITY OF CHICAGO, APPELLANT, *v.* CHICAGO CITY RAILWAY COMPANY. Appeal from the Circuit Court of the United States for the Northern District of Illinois. April 8, 1907. Decree reversed with costs, on confession of error and consent of counsel, and cause remanded for further proceedings according to law, on motion of *Mr. John P. Wilson* for the appellee. *Mr. James Hamilton Lewis* and *Mr. Edgar Bronson Tolman* for appellant. *Mr. John P. Wilson* and *Mr. John J. Herrick* for appellee.

No. 421. LUIS BRAVO ET AL., ETC., APPELLANTS, *v.* EMILIO GOMEZ ET AL. Appeal from the District Court of the United States for the District of Porto Rico. April 8, 1907. Dismissed, per stipulation, on motion of *Mr. Frederic D. McKenney* for the appellees. *Mr. N. B. K. Pettingill* for appellants. *Mr. Frederic D. McKenney* for appellees.

No. 73. WILLIAM S. DEXTER ET AL., TRUSTEES, ETC., PLAINTIFFS IN ERROR, *v.* SALEM D. CHARLES ET AL., AS BOARD